IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02371-MJW

DANIELLA HARRIS

Plaintiff,

v.

NATIONAL GENERAL INSURANCE, *d/b/a MIC General Insurance Corporation*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Stipulation of Dismissal, Without Prejudice (Docket No. 14) filed by the parties, it is hereby ORDERED that:

- The Scheduling/Planning Conference set for December 8, 2015, at 10:30 a.m. is VACATED; and

- This case is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1)(A), each side to pay its own costs and fees.

Date: December 1, 2015